```
                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION

IN RE:                              )    CHAPTER 11
                                    )
MID RIVER MINERALS, INC.            )    CASE NO. 09 B 18465
                                    )
                    DEBTOR.         )    HONORABLE JUDGE DOYLE
```

## NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

     PLEASE TAKE NOTICE that on the 22nd day of July, 2010 at 10:00 A.M. or as soon thereafter as Counsel may be heard, I shall appear before the Honorable Judge Doyle in Courtroom 742 at the United States Bankruptcy Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached MOTION FOR ENTRY OF A FINAL DECREE AND TO SHORTEN NOTICE THEREOF, at which time you may appear if you so desire.

                                        **MID RIVER MINERALS, INC.,**
                                        Debtor
                                BY_____/s/_____
                                    CHRIS D. ROUSKEY
                                   ROUSKEY AND BALDACCI
                                  151 SPRINGFIELD AVENUE
                                  JOLIET, ILLINOIS 60435
                      815-741-2118/FAX:815-741-0670
                        IL REGISTRATION NO. 03123595

```
STATE OF ILLINOIS    )
                     )SS.     CERTIFICATE OF SERVICE
COUNTY OF WILL       )
```

     The Undersigned, an Attorney, certifies that he served a copy of the foregoing pleadings upon the above-named parties by causing the same to be mailed via First Class U.S. Mail, postage prepaid, at Joliet, Illinois on the 28th day of June, 2010.

                                      _____/s/_____
                                      CHRIS D. ROUSKEY
                                    ROUSKEY AND BALDACCI
                                  151 SPRINGFIELD AVENUE
                                  JOLIET, ILLINOIS 60435
                  815-741-2118/FAX:815-741-0670
                  IL REGISTRATION NO. 03123595

SERVICE LIST

MR. ROMAN L. SUKLEY
UNITED STATES TRUSTEE
219 S. Dearborn St., #873
Chicago, IL 60604

ILLINOIS CEMENT COMPANY
C/O Attorney William Hintz
Post Office Box 539
LaSalle, IL 61301

ARCELOR MITTAL USA, INC.
28010 Network Place
Chicago, IL 60673

ROCHESTER CONCRETE PRODUCTS
7200 N. Highway 6
Rochester, MN 55906

ROCKWOOD RETAINING WALLS
7200 N. Highway 6
Rochester, MN 55906

ARAMARK
Post Office Box 7177
Rockford, IL 61126

CARMEUSE LIME SALES CORP.
Department 1
Post Office Box 712604
Cincinnati, OH 45271

BEELMAN LOGISTICS, LLC
Department BL
Post Office Box 66971
St. Louis, MO 63166

G & M TRANSPORT, INC.
1945 S. 700 East
Knox, IN 46534

JUMBOCEL SYSTEMS, INC.
600 Kendrick, #A-14
Houston, TX 77060

ACCUCAST INDUSTRIES, INC.
502 Grant Street, #2
Chesterton, IN 46304

JEI, INC.
1876 Custer Roberts Hollow Lane
Custer, KY 40115

UNDERHILL TRUCKING, INC.
Post Office Box 471
Newark, IL 60541

OAKS CONCRETE PRODUCTS, INC.
51744 Pontiac Trail
Wixom, MI 48393

PALLET MAXX
4818 W. 137th Street
Crestwood, IL 60445

HARRIS EQUIPMENT
2010 N. Ruby Street
Melrose Park, IL 60160

STRUCTURES UNLIMITED
2604 Bridlewood Lane
Crystal Lake, IL 60012

CORTINA & MUELLER
124 Washington Street
Morris, IL 60450

HIGHLAND ENGINEERING
700 Industrial Drive, #A
Cary, IL 60013

GST INTERNATIONAL, LLC
1871 Deming Way
Sparks, NV 89431

LOCO DOCS, INC.
Post Office Box 150
Morris, IL 60450

STANDARD BANK AND TRUST
C/O Attorney Paul Lynch
7800 W. 95th Street, #2E
Hickory Hills, IL 60457

LINWOOD MINING & MINERALS
C/O Attorney Douglas Lindstrom
220 N. Main Street, #600
Davenport, IA 52801

UNITED BAGS, INC.
2508 N. Broadway
St. Louis, MO 63102

HASTIE MINING  
R.R. #1, Box 55  
Cave In Rock, IL 62919

WESTERN LIME CORPORATION  
Post Office Box 57  
West Bend, WI 53095

BPI, INC.  
800 Redbrook Blvd.  
Owings Mills, MD 2117

FLETCHER TRUCKING  
10071 Lisbon Center Road  
Newark, IL 60541

GEMSTONE  
609 W. 8th Street  
Muscatine, IA 52761

LOTZ TRUCKING  
807 E. Dayton Road  
Ottawa, IL 61350

THEIS GENERAL TRUCKING  
6142 E. 3000 North Road  
Streator, IL 61364