IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| MID RIVER MINERALS, INC. | ) | CASE NO. 09 B 18465 |
| | ) | |
| DEBTOR. | ) | HONORABLE JUDGE DOYLE |

**ORDER APPROVING MOTION OF THE DEBTOR FOR ENTRY
OF A FINAL DECREE AND TO SHORTEN NOTICE THEREOF**

   THIS MATTER coming upon the Motion for Entry of a Final
Decree and to Shorten Notice Thereof filed by the Debtor, MID
RIVER MINERALS, INC., for entry of a Final Decree and to shorten
notice thereof; and the Court having fully considered the Motion
and proper and sufficient notice of the Motion having been pro-
vided; and it appearing that the Court has jurisdiction over this
matter pursuant to 28 U.S.C. 157 and 1334; and it appearing that
this proceeding is a core proceeding pursuant to 28 U.S.C.
157(b)(2); and it appearing the venue of this proceeding and this
Motion is proper in the District pursuant to 28 U.S.C. 1408 and
1409; and due and adequate notice of the Motion having been
given; and no further notice of the Motion need be given; and it
appearing that entry of a Final Decree closing this Chapter 11
case is appropriate pursuant to 11 U.S.C. 350(a); it is hereby:

   ORDERED, ADJUDGED, AND DECREED THAT:

   A. The Motion is GRANTED.

   B. The instant Chapter 11 case is hereby closed.

   C. The notice of the Motion given by the Debtor is proper
and sufficient, and no further notice is required.

   D. This Court shall retain jurisdiction to hear and deter-
mine all matters arising from the implementation of this Order.

DATED: _7/22/10_          _____
                          UNITED STATES BANKRUPTCY JUDGE

CHRIS D. ROUSKEY
ROUSKEY AND BALDACCI
151 SPRINGFIELD AVENUE
JOLIET, ILLINOIS 60435
815-741-2118/FAX:815-741-0670
IL REGISTRATION NO. 03123595